[List of Counsel Appears on Last Page]

E-filing

# FILED

OCT 2 2 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARK CHAN, a California resident, TECHSEARCH LLC, an Illinois limited liability company, and IP INNOVATION, L.L.C., a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC., a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 02-2878 (VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST AND BY SYMANTEC CORPORATION** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST AND BY SYMANTEC CORPORATION:
CASE NO. C 02-2878 (VRW)

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and an

2

agreement settling disputes between Plaintiffs Hark Chan, TechSearch LLC, and IP

3

Innovation, L.L.C. (collectively referred to as "Plaintiffs") and Defendant Symantec

4

Corporation ("Symantec"), Plaintiffs and Symantec hereby agree and request that all

5

of Plaintiffs' claims in this action as against Symantec and all of Symantec's

6

counterclaims in this action as against Plaintiffs be dismissed with prejudice, with

7

each party to bear its own attorneys' fees and costs.

8

9

10

SO STIPULATED.

11

DATED: _____Oct 6, 2003_____          ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

12

13

By _____

14

Ronald J. Schutz
Emmett J. McMahon

15

Rita Coyle DeMeules
Brian W. Oberst

16

Attorneys for Plaintiffs
HARK CHAN, TECHSEARCH LLC, and I.P.

17

INNOVATION, L.L.C.

18

DATED: _September 30, 2003_          HELLER EHRMAN WHITE & McAULIFFE

19

LLP

20

21

By _____

22

Robert D. Fram
Christopher F. Stoll

23

Attorneys for Defendant
SYMANTEC CORPORATION

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST AND BY SYMANTEC CORPORATION:
CASE NO. C02-2878 VRW

1    IT IS SO ORDERED.

2

3    Dated: _____          [signature]

4                                        VAUGHN R. WALKER
                                         United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST AND BY SYMANTEC CORPORATION:
CASE NO. C02-2878 VRW

**Listing of Counsel**

WILLIAM H. ORRICK, III (State Bar # 113252)
GAIL G. QUAN (State Bar # 203705)
COBLENTZ, PATCH, DUFFY & BASS, LLP
222 Kearny Street, 7th Floor
San Francisco, California 94108-4510
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

RONALD J. SCHUTZ (Admitted Pro Hac Vice)
EMMETT J. McMAHON (Admitted Pro Hac Vice)
RITA COYLE DEMEULES (Admitted Pro Hac Vice)
BRIAN W. OBERST (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimile:   (612) 339-4181

Attorneys for Plaintiffs
HARK CHAN, TECHSEARCH LLC, AND IP INNOVATION, L.L.C.

ROBERT T. HASLAM (No. 71134)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

ROBERT D. FRAM (No. 126750)
CHRISTOPHER F. STOLL (No. 179046)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
SYMANTEC CORPORATION

CLAUDE M. STERN (No. 96737)
EVETTE D. PENNYPACKER (No. 203515)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants
INTUIT, INC. and ELECTRONIC ARTS INC.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST AND BY SYMANTEC CORPORATION:
CASE NO. C 02-2878 (VRW)