[List of Counsel Appears on Last Page]

FILED

FEB 24 2004

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARK CHAN, a California resident, TECHSEARCH LLC, an Illinois limited liability company, and IP INNOVATION, L.L.C., a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC., a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 02-2878 (VRW)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |

1

Plaintiffs Hark Chan, TechSearch LLC, and IP Innovation, L.L.C. (collectively "Plaintiffs") and Defendant Intuit, Inc. ("Intuit") have reached an agreement on a settlement of all claims brought in this action by and between Plaintiffs and Intuit. On the basis of the settlement reached, Plaintiffs and Intuit hereby voluntarily dismiss all claims brought against each other <u>with prejudice</u>. Each party shall bear its own costs and attorneys fees. Plaintiffs expressly reserve all their rights against the remaining defendants.

**SO STIPULATED:**

DATED: December __8__, 2003        ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By */s/ Ronald J. Schutz*
   Ronald J. Schutz
   Emmett J. McMahon
   Rita Coyle DeMeules
   Brian W. Oberst
   Attorneys for Plaintiffs
   HARK CHAN, TECHSEARCH LLC, and I.P. INNOVATION, L.L.C.

DATED: December __4__, 2003        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By */s/Claude M. Stern*
   Claude M. Stern (No. 96737)
   Evette D. Pennypacker (No. 203515)
   Attorneys for Defendant
   INTUIT, INC.

2

## ATTESTATION OF E-FILED SIGNATURE

I, Ronald J. Schutz, attest that signatory Claude M. Stern has read and approved this STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS and consents to its filing in this action. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

<i>/s/Ronald J. Schutz</i><br>
Ronald J. Schutz

**Listing of Counsel**

WILLIAM H. ORRICK, III (State Bar # 113252)
GAIL G. QUAN (State Bar # 203705)
COBLENTZ, PATCH, DUFFY & BASS, LLP
222 Kearny Street, 7th Floor
San Francisco, California 94108-4510
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

RONALD J. SCHUTZ (Admitted Pro Hac Vice)
EMMETT J. McMAHON (Admitted Pro Hac Vice)
RITA COYLE DEMEULES (Admitted Pro Hac Vice)
BRIAN W. OBERST (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Plaintiffs
HARK CHAN, TECHSEARCH LLC, AND IP INNOVATION, L.L.C.

ROBERT T. HASLAM (No. 71134)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

ROBERT D. FRAM (No. 126750)
CHRISTOPHER F. STOLL (No. 179046)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
SYMANTEC CORPORATION

CLAUDE M. STERN (No. 96737)
EVETTE D. PENNYPACKER (No. 203515)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants
INTUIT, INC. and ELECTRONIC ARTS INC.

4

[List of Counsel Appears on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARK CHAN, a California resident, TECHSEARCH LLC, an Illinois limited liability company, and IP INNOVATION, L.L.C., a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC., a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 02-2878 (VRW)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION** |

Pursuant to Stipulation, **IT IS HEREBY ORDERED** as follows:

1. The claims and counterclaims of Plaintiffs and Intuit Inc. are hereby dismissed with prejudice;

2. Each settling party, Plaintiffs and Intuit Inc., shall bear their own costs and attorneys' fees; and

1

3.  Plaintiffs expressly reserve all their rights against the remaining defendants.

IT IS SO ORDERED.

Dated: _____                  _____
                                        VAUGHN R. WALKER
                                        United States District Judge

2

**Listing of Counsel**

WILLIAM H. ORRICK, III (State Bar # 113252)
GAIL G. QUAN (State Bar # 203705)
COBLENTZ, PATCH, DUFFY & BASS, LLP
222 Kearny Street, 7th Floor
San Francisco, California 94108-4510
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

RONALD J. SCHUTZ (Admitted Pro Hac Vice)
EMMETT J. McMAHON (Admitted Pro Hac Vice)
RITA COYLE DEMEULES (Admitted Pro Hac Vice)
BRIAN W. OBERST (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Plaintiffs
HARK CHAN, TECHSEARCH LLC, AND IP INNOVATION, L.L.C.

ROBERT T. HASLAM (No. 71134)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

ROBERT D. FRAM (No. 126750)
CHRISTOPHER F. STOLL (No. 179046)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
SYMANTEC CORPORATION

CLAUDE M. STERN (No. 96737)
EVETTE D. PENNYPACKER (No. 203515)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants
INTUIT, INC. and ELECTRONIC ARTS INC.